### In re ALDERSON.

(Supreme Court, General Term, First Department.    January 12, 1894.)

In the matter of the application of William A. Alderson.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
No opinion.    Order signed.

---

### CANADIAN AGRICULTURAL COAL & COLONIZATION CO. v. SPOF-FORD.

(Supreme Court, General Term, First Department.    January 12, 1894.)

Action by the Canadian Agricultural Coal & Colonization Company against Joseph L. Spofford.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
Edward T. Rice, for plaintiff.
Philip S. Dean, for defendant.
No opinion.    Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

---

### DIMON, Respondent, v. KEERY, Appellant.

(Supreme Court, General Term, First Department.    January 12, 1894.)

Action by Charles L. Dimon, as administrator, against Martha Keery.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
T. H. Friend, for appellant.
W. R. Wilder, for respondent.
No opinion.    Order affirmed, with $10 costs and disbursements.

---

### DOMSCHKE v. METROPOLITAN EL. RY. CO. et al.

(Supreme Court, General Term, First Department.    January 12, 1894.)

Action by John E. Domschke against the Metropolitan Elevated Railway Company and another.
Argued before VAN BRUNT, P. J., and O'BRIEN and FOLLETT, JJ.
Howard McWilliam, for appellants.
H. G. Atwater, for respondent.
Motion for reargument denied.    See 26 N. Y. Supp. 840.

---

### HARBECK v. PUPIN.

(Supreme Court, General Term, First Department.    January 12, 1894.)

Action by Henry Harbeck against Sarah Katherine Pupin.
Argued before VAN BRUNT, P. J., and O'BRIEN and PARKER, JJ.
No opinion.    The order will be resettled by reversing order upon the facts.
See 25 N. Y. Supp. 952.